# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| JAMES P MCDONOUGH | § | Case No. 14-44957 |
| AMY LYNN MCDONOUGH | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 12/17/2014 . The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of              $    20,000.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 4,761.96 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 15,238.04 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 12/07/2015 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,750.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,750.00 , for a total compensation of $ 2,750.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 75.63 , for total expenses of $ 75.63 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/19/2017            By: /s/Peter N. Metrou, Trustee
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 14-44957 BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|
| Case Name: | JAMES P MCDONOUGH | | | Date Filed (f) or Converted (c): | 12/17/2014 (f) |
| | AMY LYNN MCDONOUGH | | | 341(a) Meeting Date: | 01/13/2015 |
| For Period Ending: | 06/19/2017 | | | Claims Bar Date: | 12/07/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 776 GLENSIDE CIRCLE, BOLINGBROOK, IL 60490 ESTIMAT | 225,573.00 | 0.00 | | 0.00 | FA |
| 2. CASH ON HAND | 100.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT AT CHASE ACCOUNT NUMBER ENDING IN | 50.00 | 0.00 | | 0.00 | FA |
| 4. CHECKING ACCOUNT AT CHASE ACCOUNT ENDING IN 4104 | 25.00 | 0.00 | | 0.00 | FA |
| 5. 3 SAVINGS ACCOUNTS AT CHASE GUARDIANSHIP ACCOUNTS | 300.00 | 0.00 | | 0.00 | FA |
| 6. MISC HOUSEHOLD GOODS AND FURNITURE LOCATED AT - 77 | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. PERSONAL CLOTHING OF DEBTOR | 500.00 | 0.00 | | 0.00 | FA |
| 8. IRA ACCOUNTS AT PNC BANK | 2,200.00 | 0.00 | | 0.00 | FA |
| 9. 401K ACCOUNT AT PRINCIPAL FINANCIAL | 3,000.00 | 0.00 | | 0.00 | FA |
| 10. COMMON SHARES IN ALLIANT ENERGY | 300.00 | 0.00 | | 0.00 | FA |
| 11. INTEREST IN ASBA LLC RENTAL REAL ESTATE | Unknown | 20,000.00 | | 20,000.00 | FA |
| 12. ESTIMATED 2014 TAX REFUND | 3,500.00 | 0.00 | | 0.00 | FA |
| 13. 2011 TOYOTA SIENNA 72,706 MILES VALUE PER CARMAX A | 16,000.00 | 0.00 | | 0.00 | FA |
| 14. AGE: 2001 MODEL CHEVROLET SILVERADO 2500 HD MILEAG | 7,000.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $259,548.00   $20,000.00   $20,000.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TFR (5/1/2011)   *(Page: 3)*

Exhibit A

Investigation into Debtor's LLC/trust interests 8-24-2015. Employed special counsel on 10/23/2015 see Dkt# 36. Motion for 2004 exams granted on 11/20/2015 see Dkt#'s 39 & 40. Motion to Employ Real Estate Broker for evaluation purposes only granted on 2/19/2016 see Dkt# 42. Motion to approve settlement granted on 7/15/2016 see Dkt# 48. Motion to Pay Real Estate Broker granted on 7/15/2016 see Dkt# 46.  Motion to employ Accountant granted on 10/7/2016 see Dkt# 50.

Initial Projected Date of Final Report (TFR): 08/01/2016        Current Projected Date of Final Report (TFR): 03/01/2017

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |   | |
|---|---|---|---|
| Case No: | 14-44957 | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | JAMES P MCDONOUGH | Bank Name: | Associated Bank |
| | AMY LYNN MCDONOUGH | Account Number/CD#: | XXXXXX5686 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX4020 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 06/19/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/31/16 | 11 | Treloar Leasing Corp<br>23815 Bluff Road<br>Channahon, IL 60410 | Payment on settlement<br>Liquidation of interest in ASBA,<br>LLC per doc#48 | 1129-000 | $20,000.00 | | $20,000.00 |
| 09/07/16 | 101 | David P. Lloyd, Ltd.<br>615B S. LaGrange Road<br>LaGrange, IL 60525 | Court Approved Attorneys fees and costs<br>See doc # 47. | | | $3,678.11 | $16,321.89 |
| | | DAVID P. LLOYD, LTD. | Attorneys Fees                ($3,640.00) | 3210-000 | | | |
| | | DAVID P. LLOYD, LTD. | Attorneys Expenses              ($38.11) | 3220-000 | | | |
| 09/07/16 | 102 | Wirtz, Kim<br>Century 21 Affiliated<br>17011 Cheyenne Court<br>Lockport, IL 60441 | Realtor for the Trustee<br>Expenses<br>Per doc # 46 | 3520-000 | | $700.00 | $15,621.89 |
| 02/07/17 | 103 | LTD. International Sureties<br>701 Poydras St.<br>New Orleans, LA 70139 | Bond Payment | 2300-000 | | $8.85 | $15,613.04 |
| 05/08/17 | 104 | ILLINOIS DEPARTMENT OF REVENUE<br>PO Box 19053<br>Springfield, IL 62794-9035 | IDOR Tax Payment<br>State income tax for final Tax<br>return for the estate. | 2820-000 | | $375.00 | $15,238.04 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $20,000.00 | $4,761.96 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $20,000.00 | $4,761.96 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $20,000.00 | $4,761.96 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*                                                                    Page Subtotals:           $20,000.00           $4,761.96

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5686 - Checking | $20,000.00 | $4,761.96 | $15,238.04 |
|  | $20,000.00 | $4,761.96 | $15,238.04 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $20,000.00 |
| Total Gross Receipts: | $20,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:14-44957-BWB  
Debtor Name: JAMES P MCDONOUGH  
Claims Bar Date: 12/7/2015  

Date: June 19, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $2,750.00 | $2,750.00 |
| 100 2200 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $75.63 | $75.63 |
| 100 2820 | ILLINOIS DEPARTMENT OF REVENUE<br>PO Box 19053<br>Springfield, IL 62794-9035 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $375.00 | $375.00 |
| 100 3210 | DAVID P. LLOYD, LTD.<br>615 S LaGrange Rd.<br>LaGrange, IL 60525 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $3,640.00 | $3,640.00 |
| 100 3220 | DAVID P. LLOYD, LTD.<br>615 S LaGrange Rd.<br>LaGrange, IL 60525 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $38.11 | $38.11 |
| 100 3410 | Kutchins Robbins & Diamond Ltd.<br>1101 Perimeter Drive<br>Suite 760<br>Schaumburg, IL 60173 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $944.50 | $944.50 |
| 100 3520 | Kim Wirtz<br>Century 21 Affiliated<br>17011 Cheyenne Court<br>Lockport, IL 60441 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $700.00 | $700.00 |
| 1 300 7100 | DISCOVER BANK<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured<br>Payment Status:<br>Valid To Pay | | $4,238.00 | $4,238.58 | $4,238.58 |
| 2 300 7100 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A.<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Unsecured<br>Payment Status:<br>Valid To Pay | | $28,204.00 | $21,417.25 | $21,417.25 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:14-44957-BWB  
Debtor Name: JAMES P MCDONOUGH  
Claims Bar Date: 12/7/2015  

Date: June 19, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 3 300 7100 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A. RESURGENT CAPITAL SERVICES PO BOX 19008 GREENVILLE, SC 29602 | Unsecured | Payment Status: Valid To Pay | $0.00 | $6,787.38 | $6,787.38 |
| 4 300 7100 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A. RESURGENT CAPITAL SERVICES PO BOX 19008 GREENVILLE, SC 29602 | Unsecured | Payment Status: Valid To Pay | $1,672.00 | $1,746.51 | $1,746.51 |
| 5 300 7100 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A. RESURGENT CAPITAL SERVICES PO BOX 19008 GREENVILLE, SC 29602 | Unsecured | Payment Status: Valid To Pay | $5,103.00 | $5,103.37 | $5,103.37 |
| 6 300 7100 | FIFTH THIRD BANK P.O. Box 9013 Addison, TX 75001 | Unsecured | Payment Status: Valid To Pay | $29,372.00 | $20,462.30 | $20,462.30 |
| 7 300 7100 | FIFTH THIRD BANK P.O. Box 9013 Addison, TX 75001 | Unsecured | Payment Status: Valid To Pay | $0.00 | $9,154.48 | $9,154.48 |
| 8 300 7100 | CAPITAL ONE, N.A. C O BECKET AND LEE LLP POB 3001 MALVERN, PA 19355-0701 | Unsecured | Payment Status: Valid To Pay | $3,431.00 | $3,431.45 | $3,431.45 |
| 9 300 7100 | AMERICAN INFOSOURCE LP AS AGENT FOR TD Bank, USA PO Box 248866 Oklahoma City, OK 73124-8866 | Unsecured | Payment Status: Valid To Pay | $8,757.00 | $8,757.16 | $8,757.16 |
| 10 300 7100 | CAPITAL RECOVERY V, LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami, FL 33131-1605 | Unsecured | Payment Status: Valid To Pay | $0.00 | $2,873.68 | $2,873.68 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:14-44957-BWB  
Date: June 19, 2017  
Debtor Name: JAMES P MCDONOUGH  
Claims Bar Date: 12/7/2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 11 300 7100 | CAPITAL RECOVERY V, LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami, FL 33131-1605 | Unsecured | Payment Status: Valid To Pay | $0.00 | $5,057.14 | $5,057.14 |
| | Case Totals | | | $80,777.00 | $97,552.54 | $97,552.54 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 3                    Printed: June 19, 2017

**UST Form 101-7-TFR (5/1/2011)** *(Page: 9)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-44957
Case Name: JAMES P MCDONOUGH
           AMY LYNN MCDONOUGH
Trustee Name: Peter N. Metrou, Trustee

| | Balance on hand | $ | 15,238.04 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $ 2,750.00 | $ 0.00 | $ 2,750.00 |
| Trustee Expenses: Peter N. Metrou | $ 75.63 | $ 0.00 | $ 75.63 |
| Accountant for Trustee Fees: Kutchins Robbins & Diamond Ltd. | $ 944.50 | $ 0.00 | $ 944.50 |
| Other: DAVID P. LLOYD, LTD. | $ 3,640.00 | $ 3,640.00 | $ 0.00 |
| Other: DAVID P. LLOYD, LTD. | $ 38.11 | $ 38.11 | $ 0.00 |
| Other: ILLINOIS DEPARTMENT OF REVENUE | $ 375.00 | $ 375.00 | $ 0.00 |
| Other: Kim Wirtz | $ 700.00 | $ 700.00 | $ 0.00 |

| Total to be paid for chapter 7 administrative expenses | $ 3,770.13 |
| Remaining Balance | $ 11,467.91 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 89,029.30  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  12.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | $ 4,238.58 | $ 0.00 | $ 545.97 |
| 2 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | $ 21,417.25 | $ 0.00 | $ 2,758.77 |
| 3 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | $ 6,787.38 | $ 0.00 | $ 874.29 |
| 4 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | $ 1,746.51 | $ 0.00 | $ 224.97 |
| 5 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | $ 5,103.37 | $ 0.00 | $ 657.37 |
| 6 | FIFTH THIRD BANK | $ 20,462.30 | $ 0.00 | $ 2,635.76 |
| 7 | FIFTH THIRD BANK | $ 9,154.48 | $ 0.00 | $ 1,179.19 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | CAPITAL ONE, N.A. | $ 3,431.45 | $ 0.00 | $ 442.01 |
| 9 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 8,757.16 | $ 0.00 | $ 1,128.01 |
| 10 | CAPITAL RECOVERY V, LLC | $ 2,873.68 | $ 0.00 | $ 370.16 |
| 11 | CAPITAL RECOVERY V, LLC | $ 5,057.14 | $ 0.00 | $ 651.41 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 11,467.91 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE