IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 14-44957 |
| | ) | CHAPTER 7 |
| JAMES P. MCDONOUGH and | | |
| AMY LYNN MCDONOUGH, | ) | |
| Debtor(s). | ) | JUDGE PAMELA HOLLIS |
| | ) | (Joliet) |

**NOTICE OF MOTION**

To:   See Attached Service List

**TRUSTEE'S CERTIFICATE OF SERVICE FOR
NOTICE OF TRUSTEE'S FINAL REPORT**

**PROOF OF SERVICE**

I, the undersigned attorney, certify that I served a copy of this Notice and attached Motion upon the person(s) listed above by mailing the same in a properly addressed envelope, postage prepaid, and placed in a U.S. depository in Oswego, Illinois on the 31st day of July, 2017, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid document with the Bankruptcy Clerk of the Court.

      */s/ Peter N. Metrou*
      **Bankruptcy Trustee**

Prepared by:
**PETER N. METROU**
Metrou & Associates, P.C.
123 W. Washington St., Ste. 216
Oswego, Illinois 60543
(630) 551-7171

Sent Via First-Class Mail

Academic Endocrine
2001 Gary Avenue, Suite 240
Wheaton, IL 60187-3055

Adventist Bolingbrook Hospital
75 Remittance Dr. Ste 6097
Chicago, IL 60675-6097

Adventist Health Partners
PO Box 7001
Bolingbrook, IL 60440-7001

Al Richardson
Channohon, IL 60410

American InfoSource LP as agent for
TD Bank, USA
PO Box 248866
Oklahoma City, OK 73124-8866

Syncb
C/O Po Box 965036
Orlando, FL 32896-0001

ARS National Services, Inc.
PO Box 469046
Escondido, CA 92046-9046

Barclays Bank Delaware
125 S West St
Wilmington, DE 19801-5014

Bby/Cbna
50 Northwest Point Road
Elk Grove Village, IL 60007-1032

BMO Harris Bank NA
c/o Ascension Capital Group
P.O. Box 201347
Arlington, TX 76006-1347

Bmo Harris Bank
Po Box 94034
Palatine, IL 60094-4034

Capital One, N.A.
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Capital Recovery V, LLC
c/o Recovery Management Systems
Corporat
25 SE 2nd Avenue Suite 1120
Miami FL 33131-1605

Chase
Po Box 15298
Wilmington, DE 19850-5298

Chase
Po Box 24696
Columbus, OH 43224-0696

Chld/Cbna
Po Box 6497
Sioux Falls, SD 57117-6497

Citi
Po Box 6241
Sioux Falls, SD 57117-6241

Creditors Collection Bureau
PO Boc 63
Kankakee, IL 60901-0063

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850-5316

DuPage Medical Group
15921 Collections Center Drive
Chicago, IL 60693-0159

E Plaoyan MD SC Assoc.
333 Chestnut Street #L03
Hinsdale, IL 60521-3247

Fifth Third Bank
5050 Kingsley Dr
Cincinnati, OH 45227-1115

Fifth Third Bank
PO Box 9013
Addison, TX 75001-9013

James P McDonough
776 Glenside Circle
Bolingbrook, IL 60490-5494

Td Bank Usa/Targetcred
Po Box 673
Minneapolis, MN 55440-0673

Kohls/Capone
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051-7096

Naperville Radiologists S.C.
6910 South Madison Street
Willowbrook, IL 60527-5504

Nationwide Credit & Collection, Inc
PO Box 3219
Oak Brook, IL 60522-3219

Old National Bank
PO Box 3475
Evansville, IN 47733-3475

| | | |
|---|---|---|
| Old National Bank<br>Po Box 718<br>Evansville, IN 47705-0718 | ONCRCB01<br>PO Box 1022<br>Wixom, MI 48393-1022 | Wells Fargo Dealer Services<br>Po Box 1697<br>Winterville, NC 28590-1697 |
| UPromise Card Services<br>PO Box 13337<br>Philadelphia, PA 19101-3337 | PNC Bank<br>PO Box 856177<br>Louisville, KY 40285-6177 | Pnc Bank, N.A.<br>1 Financial Pkwy<br>Kalamazoo, MI 49009-8002 |

PYOD, LLC its successors and assigns as
assi
of Citibank, N.A.
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008

## Sent Via ECF

| | |
|---|---|
| Patrick S. Layng<br>Office of the U.S. Trustee, Region 11<br>219 S. Dearborn St.<br>Room 873<br>Chicago, IL 60604 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S. Dearborn 7 Floor<br>Chicago, IL 60604 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
  §
JAMES P MCDONOUGH § Case No. 14-44957
AMY LYNN MCDONOUGH §
  §
         Debtors §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
         219 S. Dearborn Street
         Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 09/01/2017 in Courtroom ,
         Joliet City Hall
         150 West Jefferson Street, 2nd Floor
         Joliet, Illinois 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/31/2017              By: /s/ Peter N. Metrou
                                             Chapter 7 Trustee


*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  §
        §
        §
JAMES P MCDONOUGH       §   Case No. 14-44957
AMY LYNN MCDONOUGH      §
        §
        §
Debtors §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 20,000.00 |
| and approved disbursements of | $ | 4,761.96 |
| leaving a balance on hand of[1] | $ | 15,238.04 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Peter N. Metrou | $ 2,750.00 | $ 0.00 | $ 2,750.00 |
| Trustee Expenses: Peter N. Metrou | $ 75.63 | $ 0.00 | $ 75.63 |
| Accountant for Trustee Fees: Kutchins Robbins & Diamond Ltd. | $ 944.50 | $ 0.00 | $ 944.50 |
| Other: DAVID P. LLOYD, LTD. | $ 3,640.00 | $ 3,640.00 | $ 0.00 |
| Other: DAVID P. LLOYD, LTD. | $ 38.11 | $ 38.11 | $ 0.00 |
| Other: ILLINOIS DEPARTMENT OF REVENUE | $ 375.00 | $ 375.00 | $ 0.00 |
| Other: Kim Wirtz | $ 700.00 | $ 700.00 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 3,770.13 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Remaining Balance $ 11,467.91

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 89,029.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | $ 4,238.58 | $ 0.00 | $ 545.97 |
| 2 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | $ 21,417.25 | $ 0.00 | $ 2,758.77 |
| 3 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | $ 6,787.38 | $ 0.00 | $ 874.29 |
| 4 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | $ 1,746.51 | $ 0.00 | $ 224.97 |
| 5 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | $ 5,103.37 | $ 0.00 | $ 657.37 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | FIFTH THIRD BANK | $ 20,462.30 | $ 0.00 | $ 2,635.76 |
| 7 | FIFTH THIRD BANK | $ 9,154.48 | $ 0.00 | $ 1,179.19 |
| 8 | CAPITAL ONE, N.A. | $ 3,431.45 | $ 0.00 | $ 442.01 |
| 9 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 8,757.16 | $ 0.00 | $ 1,128.01 |
| 10 | CAPITAL RECOVERY V, LLC | $ 2,873.68 | $ 0.00 | $ 370.16 |
| 11 | CAPITAL RECOVERY V, LLC | $ 5,057.14 | $ 0.00 | $ 651.41 |

Total to be paid to timely general unsecured creditors　$ 11,467.91

Remaining Balance　$ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Peter N. Metrou
Chapter 7 Trustee

*Peter N. Metrou, Trustee*

*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.