UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| JAMES P MCDONOUGH | § | Case No. 14-44957 |
| AMY LYNN MCDONOUGH | § | |
| | § | |
| | § | |
| Debtors | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 213,443.00           Assets Exempt: 46,105.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  11,467.91       Claims Discharged
                                                    Without Payment:  431,160.19

Total Expenses of Administration: 8,532.09

---

3) Total gross receipts of $ 20,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 20,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 251,331.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 8,532.09 | 8,532.09 | 8,532.09 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 183,044.80 | 89,029.30 | 89,029.30 | 11,467.91 |
| **TOTAL DISBURSEMENTS** | $ 434,375.80 | $ 97,561.39 | $ 97,561.39 | $ 20,000.00 |

4) This case was originally filed under chapter 7 on 12/17/2014 . The case was pending for 34 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/10/2017              By:/s/Peter N. Metrou, Trustee
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| INTEREST IN ASBA LLC RENTAL REAL ESTATE | 1129-000 | 20,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$20,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bmo Harris Bank Po Box 94034 Palatine, IL 60094 | | 10,870.00 | NA | NA | 0.00 |
| | Chase Po Box 24696 Columbus, OH 43224 | | 203,988.00 | NA | NA | 0.00 |
| | Old National Bank Po Box 718 Evansville, IN 47705 | | 29,096.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Dealer Services Po Box 1697 Winterville, NC 28590 | | 7,377.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 251,331.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 2,750.00 | 2,750.00 | 2,750.00 |
| Peter N. Metrou | 2200-000 | NA | 75.63 | 75.63 | 75.63 |
| LTD. International Sureties | 2300-000 | NA | 8.85 | 8.85 | 8.85 |
| ILLINOIS DEPARTMENT OF REVENUE | 2820-000 | NA | 375.00 | 375.00 | 375.00 |
| DAVID P. LLOYD, LTD. | 3210-600 | NA | 3,640.00 | 3,640.00 | 3,640.00 |
| DAVID P. LLOYD, LTD. | 3220-610 | NA | 38.11 | 38.11 | 38.11 |
| Kutchins Robbins & Diamond Ltd. | 3410-000 | NA | 944.50 | 944.50 | 944.50 |
| Kim Wirtz | 3520-000 | NA | 700.00 | 700.00 | 700.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 8,532.09 | $ 8,532.09 | $ 8,532.09 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Academic Endocrine 2001 Gary Avenue, Suite 240 Wheaton, IL 60187-3055 | | 167.36 | NA | NA | 0.00 |
| | Adventist Bolingbrook Hospital 75 Remittance Dr. Ste 6097 Chicago, IL 60675-6097 | | 30.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Adventist Health Partners PO Box 7001 Bolingbrook, IL 60440 | | 94.09 | NA | NA | 0.00 |
| | ARS National Services, Inc. PO Box 469046 Escondido, CA 92046-9046 | | 21,417.25 | NA | NA | 0.00 |
| | Barclays Bank Delaware 125 S West St Wilmington, DE 19801 | | 11,561.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 26,255.00 | NA | NA | 0.00 |
| | DuPage Medical Group 15921 Collections Center Drive Chicago, IL 60693 | | 715.08 | NA | NA | 0.00 |
| | E Plaoyan MD SC Assoc. 333 Chestnut Street #L03 Hinsdale, IL 60521-3247 | | 83.00 | NA | NA | 0.00 |
| | Naperville Radiologists S.C. 6910 South Madison Street Willowbrook, IL 60527 | | 219.30 | NA | NA | 0.00 |
| | PNC Bank PO Box 856177 Louisville, KY 40285 | | 10,592.34 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pnc Bank, N.A. 1 Financial Pkwy Kalamazoo, MI 49009 | | 11,044.00 | NA | NA | 0.00 |
| | Syncb C/O Po Box 965036 Orlando, FL 32896 | | 8,847.00 | NA | NA | 0.00 |
| | UPromise Card Services PO Box 13337 Philadelphia, PA 19101-3337 | | 11,242.38 | NA | NA | 0.00 |
| 9 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | 8,757.00 | 8,757.16 | 8,757.16 | 1,128.01 |
| 8 | CAPITAL ONE, N.A. | 7100-000 | 3,431.00 | 3,431.45 | 3,431.45 | 442.01 |
| 10 | CAPITAL RECOVERY V, LLC | 7100-000 | NA | 2,873.68 | 2,873.68 | 370.16 |
| 11 | CAPITAL RECOVERY V, LLC | 7100-000 | NA | 5,057.14 | 5,057.14 | 651.41 |
| 1 | DISCOVER BANK | 7100-000 | 4,238.00 | 4,238.58 | 4,238.58 | 545.97 |
| 6 | FIFTH THIRD BANK | 7100-000 | 29,372.00 | 20,462.30 | 20,462.30 | 2,635.76 |
| 7 | FIFTH THIRD BANK | 7100-000 | NA | 9,154.48 | 9,154.48 | 1,179.19 |
| 2 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | 7100-000 | 28,204.00 | 21,417.25 | 21,417.25 | 2,758.77 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | 7100-000 | NA | 6,787.38 | 6,787.38 | 874.29 |
| 4 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | 7100-000 | 1,672.00 | 1,746.51 | 1,746.51 | 224.97 |
| 5 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | 7100-000 | 5,103.00 | 5,103.37 | 5,103.37 | 657.37 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 183,044.80 | $ 89,029.30 | $ 89,029.30 | $ 11,467.91 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 14-44957 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | JAMES P MCDONOUGH | | | | Date Filed (f) or Converted (c): | 12/17/2014 (f) |
| | AMY LYNN MCDONOUGH | | | | 341(a) Meeting Date: | 01/13/2015 |
| For Period Ending: | 10/10/2017 | | | | Claims Bar Date: | 12/07/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 776 GLENSIDE CIRCLE, BOLINGBROOK, IL 60490 ESTIMAT | 225,573.00 | 0.00 | | 0.00 | FA |
| 2. CASH ON HAND | 100.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT AT CHASE ACCOUNT NUMBER ENDING IN | 50.00 | 0.00 | | 0.00 | FA |
| 4. CHECKING ACCOUNT AT CHASE ACCOUNT ENDING IN 4104 | 25.00 | 0.00 | | 0.00 | FA |
| 5. 3 SAVINGS ACCOUNTS AT CHASE GUARDIANSHIP ACCOUNTS | 300.00 | 0.00 | | 0.00 | FA |
| 6. MISC HOUSEHOLD GOODS AND FURNITURE LOCATED AT - 77 | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. PERSONAL CLOTHING OF DEBTOR | 500.00 | 0.00 | | 0.00 | FA |
| 8. IRA ACCOUNTS AT PNC BANK | 2,200.00 | 0.00 | | 0.00 | FA |
| 9. 401K ACCOUNT AT PRINCIPAL FINANCIAL | 3,000.00 | 0.00 | | 0.00 | FA |
| 10. COMMON SHARES IN ALLIANT ENERGY | 300.00 | 0.00 | | 0.00 | FA |
| 11. INTEREST IN ASBA LLC RENTAL REAL ESTATE | Unknown | 20,000.00 | | 20,000.00 | FA |
| 12. ESTIMATED 2014 TAX REFUND | 3,500.00 | 0.00 | | 0.00 | FA |
| 13. 2011 TOYOTA SIENNA 72,706 MILES VALUE PER CARMAX A | 16,000.00 | 0.00 | | 0.00 | FA |
| 14. AGE: 2001 MODEL CHEVROLET SILVERADO 2500 HD MILEAG | 7,000.00 | 0.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | | $259,548.00 | $20,000.00 | $20,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Investigation into Debtor's LLC/trust interests 8-24-2015. Employed special counsel on 10/23/2015 see Dkt# 36. Motion for 2004 exams granted on 11/20/2015 see Dkt#'s 39 & 40. Motion to Employ Real Estate Broker for evaluation purposes only granted on 2/19/2016 see Dkt# 42. Motion to approve settlement granted on 7/15/2016 see Dkt# 48. Motion to Pay Real Estate Broker granted on 7/15/2016 see Dkt# 46.  Motion to employ Accountant granted on 10/7/2016 see Dkt# 50.

Initial Projected Date of Final Report (TFR): 08/01/2016       Current Projected Date of Final Report (TFR): 03/01/2017

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-44957 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: JAMES P MCDONOUGH | Bank Name: Associated Bank |
| AMY LYNN MCDONOUGH | Account Number/CD#: XXXXXX5686 |
| | Checking |
| Taxpayer ID No: XX-XXX4020 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 10/10/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/31/16 | 11 | Treloar Leasing Corp<br>23815 Bluff Road<br>Channahon, IL 60410 | Payment on settlement Liquidation of interest in ASBA, LLC per doc#48 | 1129-000 | $20,000.00 | | $20,000.00 |
| 09/07/16 | 101 | David P. Lloyd, Ltd.<br>615B S. LaGrange Road<br>LaGrange, IL 60525 | Court Approved Attorneys fees and costs<br>See doc # 47. | | | $3,678.11 | $16,321.89 |
| | | DAVID P. LLOYD, LTD. | Attorneys Fees                ($3,640.00) | 3210-000 | | | |
| | | DAVID P. LLOYD, LTD. | Attorneys Expenses               ($38.11) | 3220-000 | | | |
| 09/07/16 | 102 | Wirtz, Kim<br>Century 21 Affiliated<br>17011 Cheyenne Court<br>Lockport, IL 60441 | Realtor for the Trustee Expenses<br>Per doc # 46 | 3520-000 | | $700.00 | $15,621.89 |
| 02/07/17 | 103 | LTD. International Sureties<br>701 Poydras St.<br>New Orleans, LA 70139 | Bond Payment | 2300-000 | | $8.85 | $15,613.04 |
| 05/08/17 | 104 | ILLINOIS DEPARTMENT OF REVENUE<br>PO Box 19053<br>Springfield, IL 62794-9035 | IDOR Tax Payment<br>State income tax for final Tax return for the estate. | 2820-000 | | $375.00 | $15,238.04 |
| 09/05/17 | 105 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Distribution | | | $2,825.63 | $12,412.41 |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order.    ($2,750.00) | 2100-000 | | | |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order.      ($75.63) | 2200-000 | | | |
| 09/05/17 | 106 | Kutchins Robbins & Diamond Ltd.<br>1101 Perimeter Drive<br>Suite 760<br>Schaumburg, IL 60173 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $944.50 | $11,467.91 |
| 09/05/17 | 107 | DISCOVER BANK<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Final distribution to claim 1 representing a payment of 12.88 % per court order. | 7100-000 | | $545.97 | $10,921.94 |

| | | | Page Subtotals: | | $20,000.00 | $9,078.06 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 14-44957 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: JAMES P MCDONOUGH | Bank Name: Associated Bank |
| AMY LYNN MCDONOUGH | Account Number/CD#: XXXXXX5686 |
| | Checking |
| Taxpayer ID No: XX-XXX4020 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 10/10/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/05/17 | 108 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A. RESURGENT CAPITAL SERVICES PO BOX 19008 GREENVILLE, SC 29602 | Final distribution to claim 2 representing a payment of 12.88 % per court order. | 7100-000 | | $2,758.77 | $8,163.17 |
| 09/05/17 | 109 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A. RESURGENT CAPITAL SERVICES PO BOX 19008 GREENVILLE, SC 29602 | Final distribution to claim 3 representing a payment of 12.88 % per court order. | 7100-000 | | $874.29 | $7,288.88 |
| 09/05/17 | 110 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A. RESURGENT CAPITAL SERVICES PO BOX 19008 GREENVILLE, SC 29602 | Final distribution to claim 4 representing a payment of 12.88 % per court order. | 7100-000 | | $224.97 | $7,063.91 |
| 09/05/17 | 111 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A. RESURGENT CAPITAL SERVICES PO BOX 19008 GREENVILLE, SC 29602 | Final distribution to claim 5 representing a payment of 12.88 % per court order. | 7100-000 | | $657.37 | $6,406.54 |
| 09/05/17 | 112 | FIFTH THIRD BANK P.O. Box 9013 Addison, TX 75001 | Final distribution to claim 6 representing a payment of 12.88 % per court order. | 7100-000 | | $2,635.76 | $3,770.78 |
| 09/05/17 | 113 | FIFTH THIRD BANK P.O. Box 9013 Addison, TX 75001 | Final distribution to claim 7 representing a payment of 12.88 % per court order. | 7100-000 | | $1,179.19 | $2,591.59 |
| 09/05/17 | 114 | CAPITAL ONE, N.A. C O BECKET AND LEE LLP POB 3001 MALVERN, PA 19355-0701 | Final distribution to claim 8 representing a payment of 12.88 % per court order. | 7100-000 | | $442.01 | $2,149.58 |
| 09/05/17 | 115 | AMERICAN INFOSOURCE LP AS AGENT FOR TD Bank, USA PO Box 248866 Oklahoma City, OK 73124-8866 | Final distribution to claim 9 representing a payment of 12.88 % per court order. | 7100-000 | | $1,128.01 | $1,021.57 |

Page Subtotals: $0.00   $9,900.37

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-44957 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: JAMES P MCDONOUGH | Bank Name: Associated Bank |
| AMY LYNN MCDONOUGH | Account Number/CD#: XXXXXX5686 |
| | Checking |
| Taxpayer ID No: XX-XXX4020 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 10/10/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/05/17 | 116 | CAPITAL RECOVERY V, LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami, FL  33131-1605 | Final distribution to claim 10 representing a payment of 12.88 % per court order. | 7100-000 | | $370.16 | $651.41 |
| 09/05/17 | 117 | CAPITAL RECOVERY V, LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami, FL  33131-1605 | Final distribution to claim 11 representing a payment of 12.88 % per court order. | 7100-000 | | $651.41 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $20,000.00 | $20,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $20,000.00 | $20,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $20,000.00 | $20,000.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*                    Page Subtotals:                    $0.00        $1,021.57

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5686 - Checking | $20,000.00 | $20,000.00 | $0.00 |
|  | $20,000.00 | $20,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $20,000.00 |
| Total Gross Receipts: | $20,000.00 |

Page Subtotals:    $0.00    $0.00